# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S COURTROOM MINUTES |
| v. | MAGISTRATE NO.: 03-8159 |
| AKRAM ABODAYAH | DATE OF PROCEEDINGS: May 23, 2005 |
| | DATE OF ARREST: _____ |

PROCEEDINGS: __Sentencing__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD  __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT DATED _____
( ) OTHER _____

( ) ORDER OF RELEASE
( ) TEMPORARY COMMITMENT
( ) SENTENCE
( ) BOND REVIEW
( ) ARREST WARRANT TO ISSUE
( ) BAIL SET: _____
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) OTHER _____

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA ____ Camilla Valdes, AUSA ____

DEF. COUNSEL ____ Michael Pedicini, CJA ____

PROBATION _____

INTERPRETER _____
     Language: (        )

Time Commenced: _____
Time Terminated: _____
Adjourned to: _____
Tape: 05-05K
Court: 12:19 - 12:25
Court Reporter: _____

Sentenced:
- Serve to prison board of 6 mos (time served)
- Supervised release of 1 year
- S.A. of $25
- fine waived.

_/s/_ DEPUTY CLERK